| AO 10<br>Rev. 1/2012 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2011 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
| --- | --- | --- |

| 1. Person Reporting (last name, first, middle initial)<br><br>Keesler, David C. | 2. Court or Organization<br><br>N Carolina - District Court | 3. Date of Report<br><br>10/15/2012 |
| --- | --- | --- |
| 4. Title (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Magistrate Judge - full-time | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>401 West Trade Street<br>Room 168<br>Charlotte, NC 28202 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,*
*checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- | --- |
| 1. | Trustee | Trust #1 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
| --- | --- | --- |
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keesler, David C. | 10/15/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2011 | K. Interiors-Salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Trinity Episcopal School | Tuition | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keesler, David C. | 10/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| | A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end<br>of reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.,<br>div., rent,<br>or int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. | WELLS FARGO (Y) | | | | | | | | | |
| 2. | IRA #1 | C | Dividend | M | T | | | | | |
| 3. | -WILLIAM BLAIR FDS SMALL WBSIX | | | | | Sold | 09/28/11 | J | | |
| 4. | -BRANDYWINE BLUE-FUND BLUEX | | | | | Sold | 09/28/11 | J | | |
| 5. | -FRANKLIN VALUE INVS TR FVADX | | | | | Sold | 09/28/11 | J | | |
| 6. | -GABELLI EQUITY SER FD GABSX | | | | | Sold | 09/28/11 | J | | |
| 7. | -GOLDMAN SACHS TR FSMXX | | | | | Sold | 10/17/11 | J | | |
| 8. | -HARBOR FUND CAP HACAX | | | | | Sold | 09/28/11 | J | | |
| 9. | -AQR FDS ADAIX | | | | | Buy | 09/28/11 | J | | |
| 10. | -BLAIR WILLIAM FDS BIGIX | | | | | Buy | 09/28/11 | J | | |
| 11. | -DELAWARE GROUP DEUIX | | | | | Buy | 09/29/11 | J | | |
| 12. | -EATON VANCE EIGMX | | | | | Buy | 09/28/11 | J | | |
| 13. | -GOLDMAN SACHS TR FTIXX | | | | | Buy | 09/28/11 | J | | |
| 14. | -HARBOR FUND HASCX | | | | | Buy | 09/28/11 | J | | |
| 15. | -HARRIS ASSOC INVT TR OAKMARK INTL FD OAKIX | | | | | Sold (part) | 09/28/11 | J | | |
| 16. | -HOTCHKIS & WILEY HWMIX | | | | | Buy | 09/28/11 | J | | |
| 17. | -JANUS INVT FD JFLEX | | | | | Sold (part) | 09/27/11 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keesler, David C. | 10/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Buy (add'l) | 09/28/11 | J | | |
| 19. -JOHN HANCOCK JCUIX | | | | | Buy | 09/28/11 | J | | |
| 20. -MORGAN STANLEY MPEGX | | | | | Buy | 09/28/11 | J | | |
| 21. -JP MORGAN TR 1 JLPSX | | | | | Buy | 09/28/11 | J | | |
| 22. -OPPENHEIMER DEV ODVYX | | | | | Buy | 09/28/11 | J | | |
| 23. -JPMORGAN TR I JPMNX | | | | | Buy | 09/28/11 | J | | |
| 24. -ARTIO GLOBAL INV FUNDS JIEIX | | | | | Sold | 09/27/11 | J | | |
| 25. -LAZARD FDS INC LZEMX | | | | | Sold | 09/27/11 | J | | |
| 26. -LEGG MASON VALUE TRUST TR INC NAV VALUE TR LMNVX | | | | | Sold | 09/27/11 | J | | |
| 27. -MFS SER TR MEIWX | | | | | Sold | 09/27/11 | J | | |
| 28. -NEUBERGER & BERMAN SMALL CAP NBMIX | | | | | Sold | 09/27/11 | J | | |
| 29. -OPPENHEIMER INT GROWTH FUND OIGYX | | | | | Sold | 09/27/11 | J | | |
| 30. -PIMCO FDS PAC INVT MGMT PTTRX | | | | | Buy (add'l) | 09/28/11 | J | | |
| 31. -PIMCO FDS FAC INVT PCRIX | | | | | Buy (add'l) | 09/28/11 | J | | |
| 32. -DREYFUS EMERGING DRPEX | | | | | Buy | 09/28/11 | J | | |
| 33. -RS INVT TR RSVAX | | | | | Sold | 09/27/11 | J | | |
| 34. -T ROWE PRICE TRREX | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keesler, David C. | 10/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -TCW FDS INC TGSCX | | | | | Buy | 09/28/11 | J | | |
| 36. -TCW DIVERSIFIED VALUE TGDIX | | | | | Sold (part) | 09/27/11 | J | | |
| 37. -ROWE T PRICE MID CAP RPMGX | | | | | Sold | 09/27/11 | J | | |
| 38. -TURNER FDS TSPEX | | | | | Buy | 09/27/11 | J | | |
| 39. -NATIXIX FDS TR II ASFYX | | | | | Buy | 09/28/11 | J | | |
| 40. -METLIFE INVS USA C SHAR VARIABLE ANNUITY | | | | | Buy (add'l) | 09/28/11 | K | | |
| 41. IRA # 2 | C | Dividend | M | T | | | | | |
| 42. -JP MORGAN PRIME MONEY MARKET SWEEP-CAPITAL (X) | | | | | | | | | |
| 43. -CHEVRON CORPORATION CVX | | | | | | | | | |
| 44. -DEVON ENERGY CORP DVN | | | | | Sold | 02/17/11 | J | | |
| 45. -DISNEY WALT COMPANY DIS | | | | | | | | | |
| 46. -EXXON MOBIL CORP XOM | | | | | | | | | |
| 47. -GENERAL ELECTRIC COMPANY GE | | | | | | | | | |
| 48. -INTEL CORP INTC | | | | | Sold | 02/17/11 | J | | |
| 49. -JOHNSON & JOHNSON JNJ | | | | | | | | | |
| 50. -MICROSOFT CORP MSFT | | | | | | | | | |
| 51. -PROCTER & GAMBLE CO PG | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keesler, David C. | 10/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -SPDR GOLD TRUST GLD | | | | | | | | | |
| 53. -UNITED STATES OIL FUND USO | | | | | | | | | |
| 54. -DODGE & COX INTL STOCK FUND DODFX | | | | | | | | | |
| 55. -GOLDMAN SACHS TR FINL SQUARE MMKT FSMXX | | | | | Sold (part) | 02/17/11 | J | | |
| 56. -JANUS INVT FD JMVAX | | | | | | | | | |
| 57. -ARTIO INTERNATIONAL EQUITY JIEIX | | | | | Sold | 02/17/11 | J | | |
| 58. -PIMCO FDS PAC INVT PTTRX | | | | | | | | | |
| 59. -ROYCE PREMIER FUND RPRWX | | | | | | | | | |
| 60. -T ROWE PRICE MID CAP GROWTH FUND RPMGX | | | | | | | | | |
| 61. -TEMPLETON FUNDS INCOME TGBAX | | | | | | | | | |
| 62. -THORNBURG INTL TGVIX | | | | | Buy | 02/17/11 | J | | |
| 63. -VANGUARD TOTAL BD MKT VBMFX | | | | | | | | | |
| 64. -VANGUARD/WINDSOR FUND VWNFX | | | | | | | | | |
| 65. IRA #3 | A | Dividend | J | T | | | | | |
| 66. -COLUMBIA ACORN FUND CLASS C | | | | | | | | | |
| 67. BROKERAGE ACCOUNT #1 | | | | | | | | | |
| 68. -WELLS FARGO BANK DEPOSIT SWEEP | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keesler, David C. | 10/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. THE GROWTH FUND OF AMERICA 529C CGFCX | A | Dividend | J | T | | | | | |
| 70. CAPITAL WORLD GROWTH AND INCOME 529 C CWICX | A | Dividend | J | T | | | | | |
| 71. WASHINGTON MUTUAL INVESTORS FUND 529 C CWMCX | A | Dividend | J | T | | | | | |
| 72. THE INCOME FUND OF AMERICA 529 CL C CIMCX | A | Dividend | J | T | | | | | |
| 73. INTERMEDIATE BOND FUND OF AMERICA 529 C CBOCX | A | Dividend | J | T | | | | | |
| 74. THE GROWTH FUND OF AMERICA 529 C CGFCX | A | Dividend | J | T | | | | | |
| 75. CAPITAL WORLD GROWTH AND INCOME 529 C CWICX | A | Dividend | J | T | | | | | |
| 76. WASHINGTON MUTUAL INVESTORS FUND 529 C CWMCX | A | Dividend | J | T | | | | | |
| 77. THE INCOME FUND OF AMERICA 529 C CIMCX | A | Dividend | J | T | | | | | |
| 78. INTERMEDIATE BOND FUND OF AMERICA 529 C CBOCX | A | Dividend | J | T | | | | | |
| 79. BROKERAGE ACCOUNT #2 | | | | | | | | | |
| 80. -WELLS FARGO BANK DEPOSIT SWEEP (Y) | | | | | | | | | |
| 81. -WELLS FARGO WFC | A | Dividend | | | Sold | 06/28/11 | J | | |
| 82. -AMER BALANCED FD INC BALCX | A | Dividend | J | T | Sold (part) | 06/27/11 | J | | |
| 83. BROKERAGE ACCOUNT # 3 | | | | | | | | | |
| 84. -WELLS FARGO BANK DEPOSIT SWEEP | A | Dividend | | | Distributed | 06/30/11 | J | | |
| 85. IRA #4 | B | Dividend | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keesler, David C. | 10/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. -AIM GLOBAL REAL ESTATE ARGYX | | | | | | | | | |
| 87. -MANAGERS AMG FDS TMDPX | | | | | Buy | 10/19/11 | J | | |
| 88. -BLAIR WILLIAM FDS INTL GROWTH BIGIX | | | | | Sold (part) | 10/18/11 | J | | |
| 89. -CAMBIAR OPPORTUNITY FD CAMWX | | | | | | | | | |
| 90. -DELAWARE GROUP ADVISOR FDS DEUIX | | | | | | | | | |
| 91. -DREYFUS APPRECIATION FD INC DGAGX | | | | | | | | | |
| 92. -DWS DREMAN SMALL CAP KDSSX | | | | | Sold (part) | 10/18/11 | J | | |
| 93. -GOLDMAN SACHS TR FINL SQUARE MMKT FSMXX | | | | | Sold | 07/08/11 | J | | |
| 94. -RS INVT TR EMERGING MKTS FD RSENX | | | | | Buy (add'l) | 10/19/11 | J | | |
| 95. -GOLDMAN SACHS TR FTIXX | | | | | Buy | 10/18/11 | J | | |
| 96. -JOHN HANCOCK CLASSIC JCVIX | | | | | Buy (add'l) | 10/19/11 | J | | |
| 97. -HARBOR INTERNATIONAL INSTL CL HAINX | | | | | Sold (part) | 10/18/11 | J | | |
| 98. -HOTCHKIS & WILEY FDS MID CAP HWMIX | | | | | | | | | |
| 99. -ARTIO INTERNATIONAL EQUITY FD CLASS 1 JIEIX | | | | | | | | | |
| 100. -KEELEY FDS INC SMALL KSCIX | | | | | Buy | 10/18/11 | J | | |
| 101. -LEGG MASON VALUE TRUST LMNVX | | | | | | | | | |
| 102. -MORGAN STANLEY INSTL MPEGX | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keesler, David C. | 10/15/2012 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. -OPPENHEIMER DEV MKTS ODVYX | | | | | | | | | |
| 104. -PIMCO FDS PAC INVT PCRIX | | | | | | | | | |
| 105. -SECURITY EQUITY FD MID SEVAX | | | | | | | | | |
| 106. -SENTINEL MUT FUNDS SMALL CO SIGWX | | | | | | | | | |
| 107. -T ROWE PRICE MID CAP RPMGX | | | | | Sold | 10/18/11 | J | | |
| 108. -TOUCHSTONE LARGE CAP TIQIX | | | | | | | | | |
| 109. -WELLS FARGO FDS TR SMALL WFGDX | | | | | | | | | |
| 110. IRA # 5 | A | Dividend | J | T | | | | | |
| 111. -DAVIS NEW YORK VENTURE FUND INC CL C NYVCX | | | | | | | | | |
| 112. TRUST #1 | | | | | | | | | |
| 113. -WELLLS FARGO MONEY MARKET SECURED DEPOSIT ACCOUNT | A | Dividend | | | Distributed (part) | 01/31/11 | J | | |
| 114. | | | | | Distributed | 08/17/11 | K | | |
| 115. -PIMCO LOW DURATION FUND PTLDX | A | Dividend | | | Sold | 01/31/11 | J | | |
| 116. -WELLS FARGO ADVANTAGE NORTH CAROLINA TAX FREE | A | Dividend | | | Sold | 07/19/11 | K | | |
| 117. -DODGE & COX INTERNATIONAL STOCK DODGX | A | Dividend | | | Sold | 07/19/11 | J | | |
| 118. -GOLDMAN SACHS GROWTH GGOIX | A | Dividend | | | Sold | 07/19/11 | J | | |
| 119. -RIDGEWORTH MID CAP SMVTX | A | Dividend | | | Sold | 07/19/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keesler, David C. | 10/15/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. -WELLS FARGO ADVANTAGE STRATEGIC LARGE CAP ESGIX | A | Dividend | | | Sold | 07/19/11 | J | | |
| 121. -WESTPORT FDS SELECT CAP WPSCX | A | Dividend | | | Sold | 07/19/11 | J | | |
| 122. BANK OF AMERICA (REGULAR SAVINGS, INTEREST CHKG) | A | Interest | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Keesler, David C. | 10/15/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

LINE 1 UNDER REPORTING LIMIT

LINE 59 SYMBOL RYPRX HAS CHANGED TO RPRWX

LINE 80 UNDER REPORTING LIMIT

LINE 83 & 84  BROKERAGE ACCOUNT #3 CLOSED ON 06/30/2011

LINE 109 WELLS FARGO FDS TR  WFGDX FORMERLY KNOWN AS WELLS FARGO FDS TR WMNIX

LINE 112 TRUST ACCOUNT #1 HAS  ZERO BALANCE AS OF  08/17/2011

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David C. Keesler**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544